**Order filed July 26, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00462-CV

_____

### JOHNNIE R SANDLES, Appellant

### V.

### FIDELITY NATIONAL FINANCIAL, INC. D/B/A/ FIDELITY NATIONAL TITLE INSURANCE CO., Appellee

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2021-26219**

## O R D E R

Appellant's brief was due July 21, 2022. No brief or motion for extension of time has been filed.

Accordingly, we order appellant to file a brief with this court within **thirty (30) days** of the date of this order. If appellant fails to do so, the appeal is subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson.